**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jamal B. Perkins, Appellant.

Appellate Case No. 2018-000086

———————

Appeal From Chester County
Brian M. Gibbons, Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-006
Submitted November 1, 2018 – Filed January 4, 2019

———————

**APPEAL DISMISSED**

———————

Appellate Defender Robert M. Pachak, and Appellate Defender Taylor Davis Gilliam, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Matthew C. Buchanan, of the South Carolina Department of Probation, Parole, and Pardon Services, both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.